IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-03045-PAB-CBS

WILLIAM DRAKE,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants.

## ORDER

This matter is before the Court on the Stipulation for Dismissal of The Travelers Indemnity Company and The Travelrs [sic] Indemnity Company of Connecticut Without Prejudice [Docket No. 14].

Plaintiff William Drake and defendants The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut stipulate that "the action filed by William Drake and against The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut may be forthwith ordered dismissed without prejudice, each party to pay their own costs and attorneys fees." Docket No. 14 at 2. Therefore, it is

**ORDERED** that all claims by and between plaintiff and defendants The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut are dismissed without prejudice, each party to bear its own costs and attorneys' fees.

DATED March 27, 2014.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge