IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-03045-PAB-CBS

WILLIAM DRAKE,

      Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendants.

---

## ORDER

---

This matter is before the Court on the Stipulation for Dismissal With Prejudice of defendant Travelers Property Casualty Company of America [Docket No. 16].

Plaintiff William Drake and defendant Travelers Property Casualty Company of America stipulate that "the within action filed by William Drake against Travelers, may be forthwith ordered dismissed with prejudice, each party to pay their own costs and attorneys fees." Docket No. 16 at 2.  Therefore, it is

**ORDERED** that all claims by and between plaintiff and defendant Travelers Property Casualty Company of America are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED August 14, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge